AO 108 (Rev. 06/09)  Application for a Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Colorado

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
)
All funds, items of value, and cryptocurrency in the ) Case No. 21-mc-108-STV
Gemini Trust account in the name of )
elizayoakum@hotmail.com )

**APPLICATION FOR A WARRANT
TO SEIZE PROPERTY SUBJECT TO FORFEITURE**

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the __Southern__ District of __New York__ is subject to forfeiture to the United States of America under __18__ U.S.C. § 981(a)(1)(A) and (C) *(describe the property)*:

All funds and cryptocurrency in the Gemini Trust account in the name of elizayoakum@hotmail.com, and any and all items of value in Gemini's custody traceable to the transactions between March 30, 2021 and April 1, 2021, totaling $50,000, set forth in Attachment A

The application is based on these facts:

The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are set forth in the attached affidavit which is continued on the attached sheet and made a part hereof.

☑ Continued on the attached sheet.

s/Travis Wall
*Applicant's signature*

Travis Wall, FBI Special Agent
*Printed name and title*

Sworn to before me and: ☐ signed in my presence. ☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: April 22, 2021

*Judge's signature*

City and state: Denver, Colorado

Scott T. Varholak, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEIZURE WARRANTS

I, Travis Wall, being duly sworn, depose and state the following is true to the best of my information, knowledge, and belief:

## INTRODUCTION and AGENT BACKGROUND

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), and have been so employed since 2004. I have been assigned to the FBI Denver Division and have investigative responsibilities involving criminal matters particularly related to economic, white-collar crime, and cyber violations to include cryptocurrency related matters. I have participated in numerous fraud investigations, with many of those investigations involving wire fraud, mail fraud, money laundering, investment fraud, and corporate fraud.

2. This affidavit is presented in support of an application for Seizure Warrants to seize all funds for the following accounts:

- All funds in HSBC Bank account number 240085400, in the name of Susan Iniguez;

- All funds in Huntington National Bank account number 02892231904 in the name of Eliza K. Yoakum;

- All funds and cryptocurrency in the Coinbase account 5e8cc2819c6bfb1dcd7d7999 in the name of elizayoakum@hotmail.com, and any and all items of value in Coinbase's custody traceable to the transactions between March 30, 2021 and April 7, 2021, totaling $102,500, set forth in Attachment A;

1

- All funds and cryptocurrency in the Gemini Trust account in the name of elizayoakum@hotmail.com, and any and all items of value in Gemini's custody traceable to the transactions between March 30, 2021 and April 1, 2021, totaling $50,000, set forth in Attachment A (herein all accounts collectively referred to as the "Subject Accounts").

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

4. Based on my training, experience, and the facts set forth in this affidavit, your affiant submits that there is probable cause to believe that the Subject Accounts contain proceeds of a email spoofing fraud scheme perpetrated against Patrick Coleman Driscoll, and his daughter, Teresa Driscoll, and that the funds in the Subject Accounts are subject to seizure and forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and (b) as property which constitutes or is derived from proceeds traceable to one or more violations of 18 U.S.C. § 1343 (wire fraud).

5. There is also probable cause to believe that the funds in the Subject Accounts are subject to seizure and forfeiture pursuant to 18 U.S.C.§ 981(a)(1)(A) and

(b) because they were involved in transactions in violation of 18 U.S.C. §§ 1956 and 1957 (money laundering).

**PROBABLE CAUSE IN SUPPORT OF SEIZURE WARRANT**

6. Since September 2012, the FBI has spearheaded an undercover operation called "Operation Purloined Wire," which has targeted an international network of actors, co-conspirators, and money mules engaged in a sophisticated email phishing, computer intrusion, and social engineering scheme targeting a variety of businesses and individuals across the United States.

7. Some of the techniques used to target individuals utilize email phishing or spoofing. Spoofing generally involves a bad actor disguising an email address, sender name, phone number, or website URL–often just by changing one letter, symbol or number – to convince the recipient of the email that they are communicating with a trusted source. The spoofed emails are then used to manipulate the receiver into sending money or disclosing personal, financial, and/or other sensitive information. Phishing schemes often use spoofing techniques to lure someone into giving information to bad actors. Generally, in a phishing scheme, an email that appears to be from a legitimate business or source states that the recipient needs to update or verify personal information by replying to the email or visiting a website. The provided email address or website are fraudulent and are used to manipulate the receiver into sending money or disclosing personal, financial, and/or other sensitive information.

8. On March 29, 2021, Patrick Coleman Driscoll, an elderly male who lives in Denver, Colorado, was defrauded as a result of a targeted email spoofing scheme

which resulted in a wire transfer of $216,435.33 from his account at US Bank to HSBC Bank account 240085400, in the name of Susan Iniguez, located in Ester, Florida.

9. For the past year, Patrick Coleman Driscoll and his daughter, Teresa Driscoll, had been working with Helping Hands Colorado Attorney Michelle Smith (Attorney Smith) to legally reduce his income base so he could be a recipient of the Medicaid Program. As part of the process, Patrick Coleman Driscoll had to transfer certain funds in order to meet the income eligibility requirements for the Medicaid Program.

10. Teresa Driscoll had been spearheading the efforts to reduce the income base of her father with Attorney Smith and had communicated with her through her email, which was msmith@smithandmitchell.com. Patrick Coleman Driscoll had one last transfer to be made, totaling approximately $216,435.33, which was supposed to be transferred into to an annuity at ELCO Mutual Life. However, prior to the wire transfer, Teresa Driscoll received wiring instructions from a spoofed email address, msmith@smithandmtichell.com. The spoofed email address had Mitchell spelled incorrectly and provided her with an incorrect bank and account number to wire the funds to, which were not associated with either ELCO Mutual Life or the Driscoll family.

11. Based on the wiring information in the spoofed email, Teresa Driscoll sent the wire transfer, totaling $216,435.33, on March 29, 2021 from her father's account at US Bank using the fraudulent instructions to HSBC Bank, 452 5th Avenue New York, NY 10018-3801, account number 240085400, routing number 021001088.

12. On April 16, 2021, Fraud Investigator Martin Mahon at HSBC Bank stated that account number 240085400 was in the account name of Susan Iniguez. Susan

Iniguez opened HSBC bank account number 240085400 on March 8, 2021 and is the sole signor on the account. After the $216,435.33 was deposited into Susan Iniguez's HSBC bank account number 240085400, a wire transfer of $150,000.00 occurred on the same day to Huntington National Bank account 02892231904 in the name of Eliza K. Yoakum.

13.     After the $150,000.00 wire transaction into Huntington National Bank account 02892231904 on March 29, 2021, HSBC stated that another suspicious wire transfer in the amount of $500,000.00 was deposited into Huntington National Bank account 02892231904 from another accountholder at HSBC Bank. Based on the suspicious funds being transferred in and out of the account, Huntington National Bank placed a hold on the account.

14.     According to Huntington National Bank Fraud Investigator John Wybranowski, Huntington National Bank account 02892231904 was receiving wire transfers that were being deposited and then immediately remitted out of the account. Between October 1, 2020 and April 9, 2021, four wire transfers were remitted to the account and immediately after the wires were deposited they were transferred out of the account. According to Huntington National Bank, Eliza K. Yoakum does not have any employment listed with the bank and the only funds that appear to be legitimate and deposited into the account are from a pension from the state of Ohio and social security. Huntington National Bank fraud investigator John Wybranowski further stated that on January 13, 2021, a cashier's check was deposited into the account from Wells Fargo in the amount of $79,954.33. The cashier's check was the amount remaining from the

closing of an account at Wells Fargo, which was closed due to suspicious banking including wire transfers in and out of the account.

15. On April 19, 2021, after Huntington National Bank placed a hold on the account, Eliza K. Yoakum spoke with Huntington National Bank Fraud Investigator John Wybranowski and stated that the funds were from a "brown bag investment." According to Fraud Investigator John Wybranowski, he stated that he told Eliza K. Yoakum that she would need to come in to speak with someone at the bank to verify the funds, but has not done so to date.

16. A review of FBI complaints in reference to internet crime revealed that in July 2019, Eliza K. Yoakum's name was on the account at SunTrust Bank that had received funds from another spoofed email fraud.

17. After the wire transfer from HSBC Bank account number 240085400 to Huntington National Bank account 02892231904 in the name of Eliza K. Yoakum, Eliza K. Yoakum made numerous wire transfers from Huntington National Bank account 02892231904 to the cryptocurrency exchanges Coinbase and Gemini Trust.

18. A total of approximately $152,500.00 in wire transfers were made to the Coinbase and Gemini Trust accounts that have the email address elizayoakum@hotmail.com associated with them.

19. The following are the transfers from Huntington National Bank account 02892231904 to Coinbase:

| DATE | AMOUNT |
| --- | --- |
| 3/30/2021 | $1,000.00 |
| 3/31/2021 | $15,000.00 |
| 3/31/2021 | $15,000.00 |

| | |
|---|---|
| 3/31/2021 | $25,000.00 |
| 4/1/2021 | $4,500.00 |
| 4/2/2021 | $13,000.00 |
| 4/5/2021 | $12,000.00 |
| 4/5/2021 | $15,000.00 |
| 4/7/2021 | $2,000.00 |
| **Total** | $102,500.00 |

20.    According to Coinbase, approximately $57,0000.00 in value remains in the Coinbase account from the transfers made between March 30, 2021 and April 7, 2021.

21.    The following are the transfers from Huntington National Bank account 02892231904 to Gemini Trust:

| DATE | AMOUNT |
|---|---|
| 3/31/2021 | $25,000.00 |
| 4/1/2021 | $3,000.00 |
| 4/1/2021 | $22,000.00 |
| **Total** | $50,000.00 |

22.    According to Gemini Trust, approximately $3,500.00 in value remains in the Gemini account from the transfers made between March 30, 2021 and April 1, 2021.

## **CONCLUSION**

23.    Based on the foregoing, there is probable cause to believe that the funds contained in the Subject Accounts, constitute or were derived from proceeds traceable to violations of 18 U.S.C. § 1343 and/or property involved in money laundering in violation of 18 U.S.C. §§ 1956 and 1957.

24. Title 18 U.S.C. § 981(a)(1)(C) provides for the civil forfeiture of any proceeds constituting or derived from, proceeds traceable to any offense defined as a "specified unlawful activity" as defined in 18 U.S.C. § 1956(c)(7), which includes 18 U.S.C. § 1343 as listed in 18 U.S.C. § 1961.

25. Further, 18 U.S.C. § 981(a)(1)(A) provides for the civil forfeiture of any property involved in a transaction or attempted transaction in violation of 18 U.S.C. § 1956 or 1957, or any property traceable to such property.

26. To the extent that the funds in the bank accounts are not the specific monies traceable to the offenses, any identical property found in the same account as the property involved the offense that is the basis for forfeiture that has replaced the forfeitable funds shall be subject to forfeiture under 18 U.S.C. § 984.

27. Therefore, the funds in the Subject Accounts are subject to seizure pursuant to 18 U.S.C. § 981(b), and forfeiture to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C) and 984.

28. Pursuant to 18 U.S.C.§ 981(b)(3), a seizure warrant may be issued in any district in which a forfeiture action against the property may be filed under 28 U.S.C. § 1355(b), and executed in any district in which the property is found, or transmitted to the central authority of any foreign state for service in accordance with any treat or other international agreement.

I, Travis Wall, a Special Agent with the Federal Bureau of Investigation, being duly sworn according to law, hereby state that the facts stated in the foregoing affidavit are true and correct to the best of my knowledge, information and belief.

*s/ Travis Wall*
Travis Wall
Special Agent FBI

Reviewed and submitted by Laura B. Hurd, Assistant United States Attorney.

Subscribed and sworn to before me on the __22nd__ of April 2021.

_____
United States Magistrate Judge
United States District Court
District of Colorado

## ATTACHMENT A

Transfers to Coinbase 5e8cc2819c6bfb1dcd7d7999, email address elizayoakum@hotmail.com:

| DATE | AMOUNT |
|---|---|
| 3/30/2021 | $1,000.00 |
| 3/31/2021 | $15,000.00 |
| 3/31/2021 | $15,000.00 |
| 3/31/2021 | $25,000.00 |
| 4/1/2021 | $4,500.00 |
| 4/2/2021 | $13,000.00 |
| 4/5/2021 | $12,000.00 |
| 4/5/2021 | $15,000.00 |
| 4/7/2021 | $2,000.00 |
| Total | $102,500.00 |

Transfers to Gemini Trust, email address elizayoakum@hotmail.com:

| DATE | AMOUNT |
|---|---|
| 3/31/2021 | $25,000.00 |
| 4/1/2021 | $3,000.00 |
| 4/1/2021 | $22,000.00 |
| Total | $50,000.00 |